IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IN RE: | : | |
| BARTOLOZZI, ERIC, | : | Case No. 08-36032 |
| | | Chapter 7 |
| Debtor. | : | Judge Guy R. Humphrey |
| | | |
| JOHN PAUL RIESER, TRUSTEE, | : | |
| Plaintiff, | : | ADV. PRO. NO.: 09-3406 |
| v. | : | |
| ERIC BARTOLOZZI, | : | |
| Defendant. | : | |

**CERTIFICATION OF JUDGMENT FOR REGISTRATION**

**IN ANOTHER DISTRICT**

1

I, CLERK OF THE UNITED STATES BANKRUPTCY COURT, do hereby certify that the attached Judgment Entry Denying Discharge of Debtor / Defendant Eric Bartolozzi and the attached Complaint of Trustee for Denial of the Debtor's Discharge and for Attorneys' Fees and Other Relief are both true and correct copies of the original Judgment Entry entered in this proceeding on September 15, 2011 and original Complaint of Trustee for Denial of the Debtor's Discharge and for Attorneys' Fees and Other Relief entered on December 22, 2009 as each appears in the records of this Court, and that:

1. No Notice of Appeal from this judgment has been filed and no motion of the kind set forth in the Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

**KENNETH JORDAN**

Clerk of the Bankruptcy Court

Date: _____   By: _____

Copies to: Default List

###

2

**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Guy R. Humphrey
United States Bankruptcy Judge

Dated: September 15, 2011

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IN RE: | : | |
| BARTOLOZZI, ERIC, | : | Case No. 08-36032 |
| | | Chapter 7 |
| Debtor. | : | Judge Guy R. Humphrey |

| | | |
|---|---|---|
| JOHN PAUL RIESER, TRUSTEE, | : | |
| Plaintiff, | : | ADV. PRO. NO.: 09-3406 |
| v. | : | |
| ERIC BARTOLOZZI, | : | |
| Defendant. | : | |

<u>**JUDGMENT ENTRY DENYING DISCHARGE OF DEBTOR/DEFENDANT ERIC BARTOLOZZI**</u>



1

This matter is before the Court pursuant to the Complaint filed herein and the *Motion Of Trustee For Default Judgment Against Defendant Pursuant To Rule 55 Of The Federal Rules Of Civil Procedure Made Applicable To This Proceeding By Rule 7055 Of The Federal Rules Of Bankruptcy Procedure Combined With Notice Thereof* filed on March 22, 2010 (the "Motion") [Doc. #7].

The Court finding that proper service of the Complaint filed herein was made upon Defendant/Debtor Eric Bartolozzi (the "Defendant"), that no Answer or responsive pleading has been filed by Defendant, that notice was given to the Defendant of the opportunity to respond to the Motion and that no objections have been filed, and that the Motion is well taken, it is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. The Motion is **GRANTED** in full.

2. The Court hereby **ENTERS** a judgment as prayed for in the Complaint by default against Defendant for failure to plead or otherwise defend against the claims of the Trustee as provided by the Federal Rules of Civil Procedure as follows:

    a. The discharge sought by the Defendant by the filing of the petition in bankruptcy is hereby **DENIED**;

    b. The Defendant shall pay to the Trustee all attorneys fees and costs.

The clerk shall treat this as a terminating entry.

**IT IS SO ORDERED.**

cc: Office of the US Trustee, 170 North High Street, Suite 200, Columbus, Ohio 43215
Eric Bartolozzi, 6458 Engram Road, New Smyrna Beach, FL 32169
Eric Bartolozzi, 805 E. 27th Ave., New Smyrna Beach, FL 32169
Mitchell Allen, Esq., 52 E. Mulberry Street, Lebanon, Ohio 45036
John Paul Rieser, Esq., 7925 Graceland Street, Dayton, Ohio 45459-3834

###

2

United States Bankruptcy Court
Southern District of Ohio

In re:                                                                Case No. 08-36032-grh
Eric Bartolozzi                                                       Chapter 7
        Debtor
                                    **CERTIFICATE OF NOTICE**

District/off: 0648-3         User: lightfoc           Page 1 of 3           Date Rcvd: Jun 26, 2012
                             Form ID: pdf01           Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2012.
db           #+Eric Bartolozzi,    6458 Engram Rd,    New Smyrna Beach, FL 32169-4821
              +ERIC BARTOLOZZI,    805 E 27TH AVE,    NEW SMYRNA BEACH, FL 32169-3619
               JOHN PAUL RIESER,    7925 GRACELAND STREET,    DAYTON, OH 45459-3834
cr            +Ohio Department of Job & Family Services,    PO Box 182404,    Columbus, OH 43218-2404
11866565       Anthesthesia Group Practice,    PO Box 634201,    Cincinnati, OH 45263-4201
12090326      +Bryan Whittaker,    Roetzel & Anress,    222 S. Main Street,    Akron, Ohio 44308-1500
11866566      +Bushelman Supply,    250 Marion Rd,    Cincinnati, OH 45215-1416
11866570     ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
              (address filed with court: Chrysler Financial,    PO Box 55000,    Dept. 277001,
               Detroit, MI 48255)
11866567      +Cap One,    Pob 30281,    Salt Lake City, UT 84130-0281
11866568       Cat Access Account,    PO Box C1117,    Southeastern, PA 19398
11866569      +Caterpillar Financial Services,    2120 West End Avenue,    Nashville, TN 37203-5341
11866572      +Cincy Tool Rental Inc.,    3741 Warsaw Ave.,    Cincinnati, OH 45205-1772
13762856       Citicorp Trust Bank,    P.O. Box 140489,    Irving, TX 75014-0489
11866574       Controlled Credit Corp.,    PO Box 5154,    Cincinnati, OH 45205-0154
11866575      +Cornerstone Medical Services,    c/o Homecare Collection Service,    PO Box 2484,
               Akron, OH 44309-2484
12114820       DCFS Trust,    P.O. Box 9001897,    Louisville, KY 40290-1897
11866576      +Duke Energy,    PO Box 960,    Mail Drop 309C,    Cincinnati, OH 45201-0960
12059617       Duke Energy Shared Services, Inc.,    POB 960-EF367,    Cincinnati OH 45273-9598
11866577      +Eads Fence Co., Inc.,    131 Brodway,    Loveland, OH 45140-3099
11866578      +Erika Bartolozzi,    5401 Rocking Horse Place,    Oviedo, FL 32765-5144
11866579      +Ffcc-Colmbus,    Po Box 20790,    Columbus, OH 43220-0790
11866580      +Ffcc-Columbus Inc,    1550 Old Henderson Rd St,    Columbus, OH 43220-3626
11866581      +Fst Premier,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
11866582      +Home Pages,    PO Box 801,    Dekalb, IL 60115-0801
11866585      +Hsbc Bank,    Pob 98706,    Las Vegas, NV 89193-8706
11866583      +Hsbc Bank,    Po Box 19360,    Portland, OR 97280-0360
11866584      +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
11866586      +Hsbc Bank/Orchard Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
11866587      +Hsbc/Bstby,    Pob 15521,    Wilmington, DE 19850-5521
11866588      +Kimberly Chapman,    740 East Garden Rd.,    Vineland, NJ 08360-1723
11866590      +National City,    PO Box 2359,    Kalamazoo, MI 49003
12029430       National City Bank,    Small Business Managed Assets,    2300 Millcreek Blvd.,    Locator # 01-7521,
               Beachwood, OH  44122
11866593      +Natorps,    8601 Snider Rd.,    Mason, OH 45040-9273
12066658       Natorps,    Wm. A. Natorp Co.,    8601 Snider Rd.,    Mason, OH 45040-9273
12225397      +OHIO DEPARTMENT OF TAXATION,    BANKRUPTCY DIVISION,    PO BOX 530,    COLUMBUS, OH 43216-0530
11866595       Ohio Job and Family Services,    PO Box 182404,    Columbus, OH 43218-2404
11866596      +Ohio Valley Orthopaedics,    8044 Montgomery Rd,    Suite 100,    Cincinnati, OH 45236-2924
11866598      +PNC Bank,    PO Box 609,    Pittsburgh, PA 15230-0609
12199422      +Premier BankCard/Charter,    PO Box 2208,    Vacaville, CA 95696-8208
11866599      +Qualified Emergency Specialists, Inc.,    415 Greenwell Ave.,    Cincinnati, OH 45238-5302
11866600      +Queen City Vascular Surgeons Group LLC,    2450 Kipling Ave,    Suite G-03,
               Cincinnati, OH 45239-6696
11866601       Quest Diagnostics,    875 Greentree Rd,    4 Parkway Center,    Pittsburgh, PA 15220-3610
11866602      +Richard and Devore MD LLC,    PO Box 632603,    Cincinnati, OH 45263-2603
12090328      +Roetzel & Andress,    Bryan Whittaker,    Roetzel & Andress,    222 S. Main Street,
               Akron, OH 44308-1500
11866603      +Roetzel and Andress,    222 S. Main St,    Akron, OH 44308-1500
11866606       Senex Services Corp,    PO Box 505,    Linden, MI 48451-0505
11866608      +Serenity Landscaping Inc,    5765 S. St. Rt. 48,    Maineville, OH 45039-8033
11866609       Small Business Managed Assets,    2300 Millcreeek Blvd.,    Locator # 01-7521,
               Beachwood, OH 44122
11866613      +Warren County Water,    PO Box 530,    Lebanon, OH 45036-0530
12066657       Wm. A. Natorp Co.,    Natorps,    8601 Snider Rd.,    Mason, OH 45040-9273
12106934       eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
               Newark NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: deb.saner@cadleco.com Jun 26 2012 19:26:44     New Falls Corporation,
               100 N Center Street,    Newton Falls, OH 44444-1321
11866571       E-mail/Text: BANKRUPTCY@CINBELL.COM Jun 26 2012 19:28:12     Cincinnati Bell,    PO Box 693,
               Cincinnati, OH 45201-0693
11866589      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 26 2012 19:26:11     Midland Cred,    8875 Aero Dr,
               San Diego, CA 92123-2255
11866594      +E-mail/Text: deb.saner@cadleco.com Jun 26 2012 19:26:44     New Falls Corporation,
               co Joseph D. Datchuk,    100 North Center St.,    Newton Falls, OH 44444-1321
11899370      +E-mail/Text: deb.saner@cadleco.com Jun 26 2012 19:26:44     New Falls Corporation,
               100 North Center Street,    Newton Falls, OH 44444-1321
11866604      +E-mail/Text: tony@rsvpohio.com Jun 26 2012 19:28:17     RSVP Ohio,    806 E. Franklin St.,
               Dayton, OH 45459-5605

```
District/off: 0648-3           User: lightfoc              Page 2 of 3                Date Rcvd: Jun 26, 2012
                               Form ID: pdf01             Total Noticed: 63
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
. (continued)
```
11866605       E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2012 00:32:37     Sam's Club,    PO Box 981064,
               El Paso, TX 79998-1064
11866607      +E-mail/PDF: bankruptcy@senexco.com Jun 27 2012 00:33:19    Senex Srvcs,    3500 Depauw Blvd,
               Indianapolis, IN 46268-1170
11866610      +E-mail/Text: appebnmailbox@sprint.com Jun 26 2012 19:26:09      Sprint,    PO Box 8077,
               London, KY 40742-8077
11866611      +E-mail/Text: felicia.fandrey-dalton@twcable.com Jun 26 2012 19:27:28     Time Warner,
               11252 Cornell Park Dr.,    Cincinnati, OH 45242-1886
11866612       E-mail/Text: JOSEPHINE_RIEP@TRIHEALTH.COM Jun 26 2012 19:26:51      Trihealth,   PO Box 20010,
               Cincinnati, OH 45220-0010
11866614      +E-mail/Text: zenith@ebn.phinsolutions.com Jun 26 2012 19:28:18     Zenith Acquisition,
               3200 Elmwood Avenu,   Kenmore, NY 14217-1174
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 *            +ERIC BARTOLOZZI,    6458 ENGRAM ROAD,    NEW SMYRNA BEACH, FL 32169-4821
12060401*      Cat Access Account,    PO Box C1117,   Southeastern, PA 19398
aty           ##+Mitchell W Allen,    52 E. Mulberry St,   Lebanon, OH 45036-2524
              ##+MITCHELL ALLEN,    52 E MULBERRY STREET,    LEBANON, OH 45036-2524
11866573      ##+Citifinancial,    Po Box 499,   Hanover, MD 21076-0499
11866591      ##National City,    PO Box 856153,   Louisville, KY 40285-6153
11866592      ##National City Bank,    PO Box 856153,   Louisville, KY 40285-6153
11866597      ##+Pcb,   3592 Corporate Dr,    Columbus, OH 43231-4978
                                                                                   TOTALS: 0, * 2, ## 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 28, 2012              Signature:    _Joseph Speetjens_

```
District/off: 0648-3              User: lightfoc              Page 3 of 3              Date Rcvd: Jun 26, 2012
                                  Form ID: pdf01              Total Noticed: 63
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2012 at the address(es) listed below:
        Asst US Trustee (Day)   USTPRegion09.CB.ECF@usdoj.gov
        Gregory A Stout   on behalf of Creditor   DCFS Trust LLC gregg.stout@rslegal.com,
        loubknotices@mapother-atty.com;melissa.white@rslegal.com
        John A Schuh   on behalf of Creditor   National City Bank jaschuhohecf@swohio.twcbc.com
        John Paul Rieser   on behalf of Trustee John Rieser attyecfdesk@rieserlaw.com,   jprieser@aol.com
        John Paul Rieser   tecfdesk@rieserlaw.com,   OH02@ecfcbis.com
        Mitchell W Allen   on behalf of Attorney Mitchell Allen mitchell@allenlawco.com,
        yasmeen@allenlawco.com
        Stephen J Malkiewicz   on behalf of Plaintiff John Rieser attyecfdesk@rieserlaw.com,
        smalkiewicz@rieserlaw.com
                                                                                                                                                                                  TOTAL: 7

This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**

Guy R. Humphrey
United States Bankruptcy Judge

**Dated: October 01, 2009**

I certify that this is a copy of the original filed 10-1-09
Kenneth Jordan
Clerk Of The Bankruptcy Court
By: _____ Deputy Clerk
Issued 5-7-13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:                                    :
                                          :   Case No. 08-36032
    BARTOLOZZI, ERIC                      :   Chapter 7
                                          :   Judge Guy R. Humphrey
        Debtor.                           :

## ORDER GRANTING TRUSTEE'S MOTION TO COMPEL TURNOVER OF PAYMENT OF $20,000.00 AND DOCUMENTS FROM DEBTOR, AND IMPOSING SANCTIONS AGAINST DEBTOR, ERIC BARTOLOZZI

**THIS MATTER** is before the Court pursuant to the *Motion of Trustee for (1) an Order to Compel: (A.) Payment of $20,000.00 for Motorcycles Sold after the Bankruptcy Filing (B.) Copies of Documents Regarding the Sale of the Motorcycles and Ebay Statements, and (C.) Bank and Credit Card Statements as well as Cancelled Checks for One Year Prior to Filing, And; (2) for Sanctions Against Eric Bartolozzi* filed on May 13, 2009 [Est. Doc. 44] (the "Trustee's Motion") and the Debtor's Response thereto [Est. Doc. 47].

This Court previously entered an Order granting the Trustee's Motion only as it related to

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IN RE: | : | |
| | | Case No. 08-36032 |
| BARTOLOZZI, ERIC | : | Chapter 7 |
| | | Judge Guy R. Humphrey |
| Debtor. | : | |

---

| | | |
|---|---|---|
| JOHN PAUL RIESER, TRUSTEE | : | |
| 7925 Graceland Street | | |
| Dayton, Ohio 45459 | : | ADV. PRO. NO._____ |
| Plaintiff, | : | |
| -v.- | : | I certify that this is a copy of the original filed 2-27-09 |
| BARTOLOZZI, ERIC | | Kenneth Jordan |
| 6458 Engram Rd. | : | Clerk of The Bankruptcy Court |
| New Smyrna Beach, FL 32169 | | By: Alisa Hoski Deputy Clerk |
| | : | Issued 5-7-13 |
| Defendant. | | |

---

## COMPLAINT OF TRUSTEE FOR DENIAL OF THE DEBTOR'S DISCHARGE AND FOR ATTORNEYS' FEES AND OTHER RELIEF

**NOW COMES** John Paul Rieser, the duly appointed and acting Chapter 7 Bankruptcy Trustee of the Debtor ("Plaintiff" or "Trustee"), by counsel, and hereby brings this Complaint against Eric Bartolozzi ("Debtor" or "Defendant") seeking denial of the Debtor's discharge pursuant to 11 U.S.C. §§ 727(a)(2)(A), 727(a)(2)(B) and 727(a)(6)(A) and such other relief as may be just and proper and states and avers as follows:

### BACKGROUND OF CONTROVERSY

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 1334. This adversary proceeding arises under Title 11 of the United States Code and arises in or is related to

1

the above-captioned Chapter 7 case now pending before the United States Bankruptcy Court for the Southern District of Ohio, Western Division at Dayton, and has been referred to this Court by the Standing Order Of Reference entered in this District on July 30, 1984 pursuant to 28 U.S.C. § 157. This is alleged to be a core proceeding, *inter alia*, pursuant to 28 U.S.C. § 157(b)(2)(J) and (O).

2. Defendant herein is subject to the personal jurisdiction of this Court and venue lies with the Court pursuant to 28 U.S.C. § 1409. The Debtor has a last known address on file with the Court at 6458 Engram Rd., New Smyrna Beach, FL 32169.

3. This is an adversary proceeding in which the Trustee is requesting an order denying the Debtor a discharge pursuant to 11 U.S.C. §§ 727(a)(2)(A), 727(a)(2)(B) and 727(a)(6)(A).

4. Plaintiff is the duly appointed and acting Chapter 7 Bankruptcy Trustee of the Debtor and has standing to bring this proceeding pursuant to 11 U.S.C. § 727(c). The Trustee maintains a place of business at 7925 Graceland Street, Dayton, Ohio 45459-3834.

5. The Debtor filed for bankruptcy protection on November 25, 2008. The 341 Meeting of Creditors was conducted on January 21, 2009.

6. The Debtor testified at the 341 meeting that he transferred the title to two undisclosed motorcycles to his wife and sold them on Ebay for a combined total of $20,000.00 ("Motorcycle Proceeds") after the bankruptcy case was filed at which time the Trustee requested turnover of the funds. The Trustee sent a follow-up letter to the Debtor on February 16, 2009 repeating this turnover request and a request for the production of several documents.

7. The Debtor failed to turnover the proceeds or respond to the request for documents in response to the February 16, 2009 letter. The Trustee filed his *Motion to Compel (A) Payment of $20,000.00 For Motorcycles Sold After The Bankruptcy Filing; (B) Copies of Documents Regarding the Sale of The Motorcycles and Ebay Statements; and (C) Bank and Credit Card Statements As*

2

*Well As Cancelled Checks for One Year Prior to Filing, in Addition To Motion for Sanctions for other Reasons against Eric Bartolozzi* on May 13, 2009 ("Motion to Compel")[Doc.#44].

8. The Debtor responded to the Motion to Compel on June 2, 2009 stating that he had mailed the requested documents to the Trustee's office that very same day, however, the Debtor did not provide copies of *ALL* the documents requested nor did he turnover the Motorcycle Proceeds as repeatedly demanded by the Trustee.

9. The documents that were provided by the Debtor showed that the Debtor received the Motorcycle Proceeds as follows:

| Date | Amount |
| --- | --- |
| January 12, 2009 | $1,000.00 |
| January 14, 2009 | $9,500.00 |
| January 16, 2009 | $9,500.00 |

Thus, the Debtor received $19,000.00 of the Motorcycle Proceeds within one week prior to the 341 Meeting. The Debtor's bank statements demonstrated that the Debtor still had possession and control over the majority of the Motorcycle Proceeds ($15,000.00) on the date of the 341 Meeting.

10. To the detriment of the bankruptcy estate and in defiance of the Trustee's demand for turnover the Debtor depleted the bank account and spent the Motorcycle Proceeds within one month AFTER the Trustee's initial demand at the 341 Meeting.

11. The Court entered its Order granting Trustee's Motion to Compel with Regard to the Production of Documents on July 24, 2009 [Doc. #59].

12. Following an evidentiary hearing, the Court rendered an Oral Decision that determined the Motorcycle Proceeds to be property of the Estate and entered its Order on October 1, 2009 [Doc. #67] requiring the Debtor to (1) turnover the Motorcycle Proceeds, (2) turnover the

requested documents, and (3) to pay to the Trustee the amount of Five Hundred Dollars ($500.00) within thirty (30) days as sanctions for non-cooperation pursuant to Federal Rules of Bankruptcy Procedure 9011 (c) (the "Order")(Exhibit "A").

13. The Debtor has not turned over the Motorcycle Proceeds, provided additional documentation or paid to the Trustee the sanctions levied against the Debtor in violation of the Order.

## FIRST CLAIM FOR RELIEF-AN ORDER DENYING DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. § 727(a)(2)(A)

14. Plaintiff realleges and incorporates paragraphs 1 through 13 as if fully rewritten herein.

15. By transferring the title to the two motorcycles to his non-filing spouse on September 23, 2008, (the "Transfer") the Debtor, with intent to hinder, delay, or defraud a creditor or an office of the estate charged with custody of property under this title has transferred, removed, destroyed, mutilated, or *concealed*, or has permitted to be transferred, removed, destroyed, mutilated, or concealed property of the debtor, within one year before the date of the filing of the petition.

16. The Transfer and the failure to disclose the motorcycles on Schedule B or the alleged transfer on the Statement of Financial Affairs demonstrates sufficient cause to deny the Debtor's discharge pursuant to 11 U.S.C. § 727(a)(2)(A).

## SECOND CLAIM FOR RELIEF - AN ORDER DENYING DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. § 727(a)(2)(B)

17. Plaintiff realleges and incorporates paragraphs 1 through 16 as if fully rewritten herein.

18. By depleting the account of the Motorcycle Proceeds and putting the Motorcycle

Proceeds to his own use, the Debtor, with intent to hinder, delay, or defraud a creditor or an office of the estate charged with custody of property under this title has transferred, removed, destroyed, mutilated, or concealed, or has permitted to be transferred, removed, destroyed, mutilated, or concealed property of the estate, after the date of the filing of the petition.

19. The Debtor's actions in removing and transferring of the Motorcycle Proceeds for his personal benefit and not that of the bankruptcy estate demonstrates sufficient cause to deny the Debtor's discharge pursuant to 11 U.S.C. § 727(a)(2)(B).

## THIRD CLAIM FOR RELIEF - AN ORDER DENYING DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. § 727(a)(4)

20. Plaintiff realleges and incorporated paragraphs 1 through 19 as if fully rewritten herein.

21. By failing to list the Transfer on the Statement of Financial Affairs, or the ownership of the motorcycles on Schedule B, the Debtor knowingly and fraudulently, in or in connection with the case, made a false oath or account.

22. Further, by failing to produce the documents required by the Order, the Debtor has withheld from an officer of the estate entitled to possession under this title, any recorded information, including books, documents, records, and papers relating to the debtor's property or financial affairs.

23. The Debtor's actions in failing to disclose the motorcycles or the Transfers and failing to produce documents as required by the Order demonstrates sufficient cause to deny the Debtor's discharge pursuant to 11 U.S.C. § 727(a)(4).

## FOURTH CLAIM FOR RELIEF- AN ORDER DENYING DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. § 727(a)(6)(A)

24.     Plaintiff realleges and incorporates paragraphs 1 through 23 as if fully rewritten herein.

25.     The Order is a lawful order of this Court within the meaning of 11 U.S.C. § 727(a)(6)(A).

26.     The Debtor has failed to obey the Order by failing to (1) turnover to the Trustee the Motorcycle Proceeds, (2) the remainder of the requested documents, and (3) pay the Court ordered sanctions.

27.     The failure of the Debtor to obey the Court's Order entered on October 1, 2009, demonstrates sufficient cause to deny the Debtor's discharge pursuant to 11 U.S.C. § 727(a)(6)(A). The functioning of the bankruptcy system depends on no small measure upon the ready cooperation of the Debtor who has invoked these same statutory procedures for his own benefit.

## FIFTH CLAIM FOR RELIEF - INTEREST, ATTORNEY FEES AND OTHER RELIEF

28.     Plaintiff realleges and incorporates Paragraphs 1 through 27 as if fully rewritten herein.

29.     Plaintiff is entitled to recover from Defendant prejudgment interest and his costs and expenses incurred in connection with this adversary, including reasonable attorneys' fees and expenses.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff based upon the foregoing Paragraphs 1 through 29 demands judgment against Defendant on his Claims For Relief as follows:

A.    On the First Claim For Relief, for an Order denying the discharge of Defendant, Eric Bartolozzi, pursuant to 11 U.S.C. § 727(a)(2)(A);

B.    On the Second Claim For Relief, for an Order denying the discharge of Defendant, Eric Bartolozzi, pursuant to 11 U.S.C. § 727(a)(2)(B);

C.    On the Third Claim For Relief, for an Order denying the discharge of Defendant, Eric Bartolozzi, pursuant to 11 U.S.C. § 727(a)(4);

D.    On the Fourth Claim For Relief, for an Order denying the discharge of Defendant, Eric Bartolozzi, pursuant to 11 U.S.C. § 727(a)(6)(A);

D.    On the Fifth Claim For Relief, attorneys' fees and costs, the total amount of which is as yet undetermined;

E.    For such further and other legal or equitable relief to which this Court determines that Plaintiff is entitled.

Respectfully Submitted,

*/s/ Patricia J. Friesinger*

John Paul Rieser, Esq. (0017850)
Case Attorney for John Paul Rieser, Trustee
Rieser & Associates LLC, Of Counsel
7925 Graceland Street
Dayton, Ohio 45459-3834
Tel: 937/224-4128
Fax: 937/224-3090
e-Mail: attyecfdesk@rieserlaw.com

**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Guy R. Humphrey
United States Bankruptcy Judge

**Dated: October 01, 2009**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:                          :
                                 Case No. 08-36032
BARTOLOZZI, ERIC         :      Chapter 7
                                 Judge Guy R. Humphrey
        Debtor.         :


## ORDER GRANTING TRUSTEE'S MOTION TO COMPEL TURNOVER OF PAYMENT OF $20,000.00 AND DOCUMENTS FROM DEBTOR, AND IMPOSING SANCTIONS AGAINST DEBTOR, ERIC BARTOLOZZI

**THIS MATTER** is before the Court pursuant to the *Motion of Trustee for (1) an Order to Compel: (A.) Payment of $20,000.00 for Motorcycles Sold after the Bankruptcy Filing (B.) Copies of Documents Regarding the Sale of the Motorcycles and Ebay Statements, and (C.) Bank and Credit Card Statements as well as Cancelled Checks for One Year Prior to Filing, And; (2) for Sanctions Against Eric Bartolozzi* filed on May 13, 2009 [Est. Doc. 44] (the "Trustee's Motion") and the Debtor's Response thereto [Est. Doc. 47].

This Court previously entered an Order granting the Trustee's Motion only as it related to

1

EXHIBIT A

the turnover of documents regarding the motorcycle sales [Est. Doc. 59].

A hearing was held before this Court on these matters on September 24, 2009, at which time counsel for the Debtor and the Trustee appeared. For good cause shown, and in accordance with the Court's oral decision at the hearing, it is hereby **ORDERED, ADJUDGED and DECREED** that:

1. The Trustee's Motion is hereby **GRANTED**.

2. The Debtor, Eric Bartolozzi, is hereby ordered to pay to the Trustee the sum of Twenty Thousand Dollars ($20,000.00) within thirty (30) days after the entry of this Order.

3. The Debtor shall turnover to the Trustee copies of his cancelled checks (or check registers, if the cancelled checks are not available) for the period of one year prior to the bankruptcy filing, for all bank accounts and E-Bay/ PayPal accounts in which the Debtor had an interest during that period. The Debtor is hereby ordered to turnover these documents to the Trustee within thirty (30) days after the entry of this Order. If any of these documents are not in the Debtor's possession, the Debtor must request them from the appropriate bank(s) and provide the Trustee with written proof of such request within thirty (30) days after the entry of this Order.

4. The Debtor is hereby ordered to pay Five Hundred Dollars ($500.00) to the Trustee within thirty (30) days after the entry of this Order, as sanctions for the Debtor's non-cooperation pursuant to F.R.B.P 9011(c).

5. The matter of further sanctions against the Debtor for attorney fees incurred by the Trustee is hereby held in abeyance. The Court may consider additional sanctions against the Debtor for both past and continuing non-cooperation with the Trustee, upon the filing of a further motion for sanctions by the Trustee.

6. Nothing in this Order shall prejudice or limit the Trustee's applicable rights and remedies or preclude the Trustee from pursuing recoveries from the Debtor and/or other third parties

who may have liability relating to the transfers which are the subject of the Trustee's Motion.

**IT IS SO ORDERED.**

cc:   Office of the U.S. Trustee, 170 N. High St., Suite 200, Columbus, OH  43215
John Paul Rieser, Esq., 7925 Graceland St., Dayton, OH 45459
Mitchell Allen, Esq., 52 East Mulberry St., PO Box 435, Lebanon, OH 45036
Eric Bartolozzi, 6458 Engram, New Smyrna Beach, FL 32169
###